# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129369

ABDUL YAHIA,
　　　　　Plaintiff-Appellee,

v

OMEGA INDUSTRIES, INC.,
　　　　　Defendant-Appellant.

SC: 129369
COA: 262101
WCAC: 03-000437

_____/

　　　　On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005　　　　　　　　　　　　_____

t1219　　　　　　　　　　　　　　　　　　　　　　　Clerk